FILED

2024 APR -4 AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-CR-01272-001 |
| v. | |
| Cesar Alberto NUNO-CARDENAS | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

## 2:24-mj-01976-DUTY

The above-named defendant was charged by: Petition
in the Southern _____ District of Texas _____ on 08/25/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 _____ U.S.C., Section(s) 3584 _____
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/4/24
              Date

[signature]
Signature of Agent

l. flores
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT